CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

MAR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CREOSOTE COUNCIL, et al.     )
                             )
                             )
              Plaintiff      )      Civil
         vs                  )           Case: 1:08-cv-00512
                             )           Assigned To : Robertson, James
STEPHEN L. JOHNSON, et al.,  )           Assign. Date : 3/25/2008
                             )           Description: TRO/PI
              Defendant      )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Creosote Council__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Creosote Council__ which have any outstanding securities in the hands of the public:

The Creosote Council is a not-for-profit, tax exempt organization, which is incorporated in the state of Delaware, and has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities in public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

163998
BAR IDENTIFICATION NO.

Douglas J. Behr
Print Name

1001 G Street, N.W., Suite 500W
Address

Washington     D.C.     20001
City           State    Zip Code

(202) 434-4213
Phone Number