CO-386-online
10/03

**FILED**

MAR 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

CREOSOTE COUNCIL, et al.    )
                            )
                            )
                            )
              Plaintiff     )     Civil A    Case: 1:08-cv-00512
      vs                    )                Assigned To : Robertson, James
                            )                Assign. Date : 3/25/2008
STEPHEN L. JOHNSON, et al., )                Description: TRO/PI
                            )
                            )
              Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Koppers, Inc._____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:

Koppers Inc., is incorporated in the commonwealth of Pennsylvania and is a wholly-owned subsidiary of Koppers Holding, Inc., a publicly-traded Pennsylvania corporation. Koppers Holding, Inc. wholly owns other subsidiaries, none of which are publicly traded.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

163998                              Douglas J. Behr
BAR IDENTIFICATION NO.              Print Name

                                    1001 G Street, N.W., Suite 500W
                                    Address

                                    Washington      D.C.      20001
                                    City            State     Zip Code

                                    (202) 434-4213
                                    Phone Number

3