CO-386-online
10/03

**FILED**

MAR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

CREOSOTE COUNCIL, et al.         )
                                 )
                                 )
                                 )
          vs        Plaintiff    )    Civil Acti(
                                 )         Case: 1:08-cv-00512
STEPHEN L. JOHNSON, et al.,      )         Assigned To : Robertson, James
                                 )         Assign. Date : 3/25/2008
                                 )         Description: TRO/PI
          Defendant              )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Southern Pressure Treaters' Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Southern Pressure Treaters' Association__ which have any outstanding securities in the hands of the public:

The Southern Pressure Treaters' Association is a not-for-profit, tax exempt trade association, which is incorporated in the state of Louisiana, and has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities in public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

163998                              Douglas J. Behr
_____     _____
BAR IDENTIFICATION NO.              Print Name

                                    1001 G Street, N.W., Suite 500W
                                    _____
                                    Address

                                    Washington      D.C.      20001
                                    _____
                                    City            State     Zip Code

                                    (202) 434-4213
                                    _____
                                    Phone Number