CO-386-online
10/03

**FILED**

MAR 2 ~ ~~~~

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

CREOSOTE COUNCIL, et al.   )
)
)
)
vs   Plaintiff   )   Case: 1:08-cv-00512
)   Assigned To : Robertson, James
STEPHEN L. JOHNSON, et al.,   )   Assign. Date : 3/25/2008
)   Description: TRO/PI
)
Defendant   )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Treated Wood Council__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Treated Wood Council__ which have any outstanding securities in the hands of the public:

The Treated Wood Council is not-for-profit, tax-exempt trade association, which is incorporated in Florida, and has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities in public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

163998
BAR IDENTIFICATION NO.

Douglas J. Behr
Print Name

1001 G Street, N.W., Suite 500W
Address

Washington    D.C.    20001
City          State   Zip Code

(202) 434-4213
Phone Number

