CO-386-online
10/03

**FILED**

MAR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| CREOSOTE COUNCIL, et al. | ) |
| | ) |
| vs         Plaintiff | )  Civil Action N   Case: 1:08-cv-00512 |
| STEPHEN L. JOHNSON, et al., | )  Assigned To : Robertson, James |
| | )  Assign. Date : 3/25/2008 |
| Defendant | )  Description: TRO/PI |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Western Wood Preservers Institute__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Western Wood Preservers Institute__ which have any outstanding securities in the hands of the public:

The Western Wood Preservers Institute is a not-for-profit, tax-exempt trade association, which is incorporated in the state of Oregon, and has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities in public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Douglas J. Behr
Print Name

163998
BAR IDENTIFICATION NO.

1001 G Street, N.W., Suite 500W
Address

Washington     D.C.     20001
City           State    Zip Code

(202) 434-4213
Phone Number