UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CREOSOTE COUNCIL, *et al.*,       :
                                  :
        Plaintiffs,               :
                                  :
    v.                            :  Civil Action No. 08-0512 (JR)
                                  :
STEPHEN L. JOHNSON,               :
Administrator, U.S.               :
Environmental Protection Agency,  :
*et al.*,                         :
                                  :
        Defendants.               :

### ORDER

Plaintiffs' request for an expedited hearing of their motion for preliminary injunction triggers Local Civil Rule 65.1(d), which provides that a hearing be set no later than 20 days after the filing of the motion. A hearing on plaintiffs' motion is accordingly set for **4:00 p.m. April 14, 2008.** No deadlines are set for the filing of opposition and reply papers, but counsel are on notice that, the later papers are filed, the less thoroughly they can be read. Plaintiffs are directed to serve a copy of this order by hand, either with the complaint and summons, or, if they have already been served, upon the same persons and offices that have been served with original process.

                                        JAMES ROBERTSON
                                   United States District Judge