AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CREOSOTE COUNCIL, et al.,

      Plaintiff(s)   )   **APPEARANCE**

      vs.   )   CASE NUMBER   1:08-cv-512 (JR)
Stephen L. Johnson, et al.,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Peter L. de la Cruz__ as counsel in this
                            (Attorney's Name)

case for: Creosote Council, Koppers Inc., Southern Pressure Treaters' Association, Treated Wood Council, and Western Wood Preservers Institute
                        (Name of party or parties)

| | |
|---|---|
| March 21, 2008 | _(signature)_ |
| Date | Signature |
| | Douglas J. Behr |
| 163998 | Print Name |
| BAR IDENTIFICATION | 1001 G Street, N.W., Suite 500W |
| | Address |
| | Washington, D.C.   20001 |
| | City   State   Zip Code |
| | (202) 434-4100 |
| | Phone Number |