AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CREOSOTE COUNCIL, et al.,

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER   1:08-cv-512 (JR)

Stephen L. Johnson, et al.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jean-Cyril Walker__ as counsel in this
(Attorney's Name)

case for: _Creosote Council, Koppers Inc., Southern Pressure Treaters' Association, Treated Wood Council, and Western Wood Preservers Institute_
(Name of party or parties)

March 27, 2008
Date

*Jean-Cyril Walker* (signature)
Signature

Jean-Cyril Walker
Print Name

474498
BAR IDENTIFICATION

1001 G Street, N.W., Suite 500W
Address

Washington,  D.C.           20001
City           State         Zip Code

(202) 434-4100
Phone Number