IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREOSOTE COUNCIL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN L. JOHNSON, | ) Civil Action No. 1:08-cv-00512 (JR) |
| Administrator, | ) |
| U.S. Environmental Protection Agency, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to this Court's order dated March 26, 2008, a copy of the

same order granting Plaintiffs' Motion for an Expedited Hearing was served by hand on

Defendants, to the same persons and offices that were served with original process as listed

below:

The Honorable Michael B. Mukasey
Attorney General
U.S. Department of Justice
Tenth Street and Constitution Avenue, N.W.
Washington, D.C. 20530

The Honorable Stephen L. Johnson
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

The Honorable Roger R. Martella, Jr.
General Counsel
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

The Honorable Jeffrey A. Taylor
United States Attorney
United States Attorney's Office  for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Dated: March 27, 2008                    Respectfully submitted,

                                         Douglas J. Behr (Bar No. 163998)
                                         behr@khlaw.com
                                         Peter L. de la Cruz (Bar No. 362358)
                                         delacruz@khlaw.com
                                         Jean-Cyril Walker (Bar No. 474498)
                                         walker@khlaw.com

                                         KELLER AND HECKMAN LLP
                                         1001 G Street, N.W.
                                         Suite 500 West
                                         Washington, D.C. 20001
                                         Tel.: 202-434-4100
                                         Fax: 202-434-4646

                                         Attorneys for Plaintiffs