AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 26, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jacqueline J. Williams | Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): <u>Left Summons and Complaint at the offices of the Honorable Michael B. Mukasey, Attorney General, U.S. U.S. Department of Justice located at Tenth Street and Constitution Avenue, NW, Washington, DC 20530 with Ms. Lee who identified herself as being authorized to receive service</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *March 26, 2008*     *Jacqueline J Williams*
             Date                  Signature of Server

*Keller and Heckman LLP*
*1001 G St NW, Ste. 500 W, Washington, DC 20001*
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.