AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: March 26, 2008 |
| NAME OF SERVER (PRINT): Jacqueline J. Williams | TITLE: Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Left Summons and Compalint at the offices of the Honorable Jeffrey A. Taylor, United States Attorney, United States Attorney's Office for the District of Columbia, 501 3rd Street N.W., 4th Floor, Washington, DC 20530 with Gary Nails who identified himself as being authorized to receive service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 26, 2008            *Jacqueline J C Williams*
                Date                         Signature of Server

Keller and Heckman LLP
1001 G St, NW, Ste. 500 W, Washington, DC 20001
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.