O 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 26, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jacqueline J. Williams | Paralegal |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):   Left Summons and Complaint at the offices of the U.S. Environmental Protection Agency located at
the Ariel Rios Building, 1200 Pennsylvania Avenue, N.W., Washington, DC 20460
with Brenda J. Salvador, who indentified herself as being authorized to receive service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *March 26, 2008*          *Jacqueline J Williams*
                  Date                          Signature of Server

*Keller and Heckman LLP*
*1001 G St. NW, Ste 500W, Washington, DC 20001*
                  Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.