IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CREOSOTE COUNCIL, et al.                    )
                                            )
      Plaintiffs,                           )    No. 08-CV-00512 (JR)
                                            )
   v.                                       )
                                            )
STEPHEN L. JOHNSON,                         )
Administrator, United States                )
Environmental Protection                    )
Agency, and UNITED STATES                   )
ENVIRONMENTAL PROTECTION                    )
AGENCY                                      )
                                            )
      Defendants.                           )
_____ )

## NOTICE OF APPEARANCE

      Please enter the appearance of Angeline Purdy as counsel of record for all defendants. Ms. Purdy is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Ms. Purdy at the address set forth below. The Justice Department also has a dedicated line for receipt of facsimile transmissions from the Court, (202) 353-7763.


March 31, 2008                           Respectfully submitted,

                                         Ronald J. Tenpas
                                         Assistant Attorney General
                                         United States Department of Justice
                                         Environment and Natural Resources Division

                                         */s/ Angeline Purdy*
                               By:       _____
                                         Angeline Purdy
                                         Environmental Defense Section
                                         U.S. Department of Justice
                                         P.O. Box 23986
                                         Washington, D.C. 20026-3986

Voice: (202) 514-0996
Fax: (202) 514-8865
e-mail: angeline.purdy@usdoj.gov

Overnight delivery:
Patrick Henry Building, Suite 8000
601 D Street, N.W.
Washington, D.C.  20004

- 2 -