IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREOSOTE COUNCIL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, )<br>Administrator, )<br>U.S. Environmental Protection Agency, )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 1:08-cv-00512 (JR) |

## ERRATA

Attached are the summons which were served by hand on Defendants, to the persons and offices listed below, and inadvertently omitted from the return of service affidavits Plaintiffs filed by CM/ECF on March 27, 2008:

The Honorable Michael B. Mukasey
Attorney General
U.S. Department of Justice
Tenth Street and Constitution Avenue, N.W.
Washington, D.C. 20530

The Honorable Stephen L. Johnson
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

The Honorable Roger R. Martella, Jr.
General Counsel
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

The Honorable Jeffrey A. Taylor
United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Dated: March 31, 2008

Respectfully submitted,

*/s/ Jean-Cyril Walker*

Douglas J. Behr (Bar No. 163998)
behr@khlaw.com
Peter L. de la Cruz (Bar No. 362358)
delacruz@khlaw.com
Jean-Cyril Walker (Bar No. 474498)
walker@khlaw.com

KELLER AND HECKMAN LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Tel.: 202-434-4100
Fax: 202-434-4646

Attorneys for Plaintiffs

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CREOSOTE COUNCIL, et al.,

**SUMMONS IN A CIVIL CASE**

V.

STEPHEN L. JOHNSON, et al.,

CASE NUMBER:   08-512 JR

TO: (Name and address of Defendant)

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Behr
Keller and Heckman LLP
1001 G Street, NW
Suite 500 W
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 2 6 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CREOSOTE COUNCIL, et al.,

**SUMMONS IN A CIVIL CASE**

V.

STEPHEN L. JOHNSON, et al.,

CASE NUMBER: 08-512 JR

TO: (Name and address of Defendant)

STEPHEN L. JOHNSON
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Behr
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500W
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 26 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

CREOSOTE COUNCIL, et al.,

SUMMONS IN A CIVIL CASE

V.

STEPHEN L. JOHNSON, et al.,

CASE NUMBER:    08-512 JR

TO: (Name and address of Defendant)

The Honorable Michael B. Mukasey
Attorney General
U.S. Department of Justice
Tenth Street and Constitution Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Behr
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500W
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 2 6 2008

CLERK                                       DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CREOSOTE COUNCIL, et al.,

**SUMMONS IN A CIVIL CASE**

V.

STEPHEN L. JOHNSON, et al.,

CASE NUMBER:  08-512  JR

TO: (Name and address of Defendant)

The Honorable Jeffrey A. Taylor
United States Attorney
United States Attorney's Office  for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Behr
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500W
Washington, DC  20001

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAR 2 6 2008

CLERK                                   DATE

_[signature]_
(By) DEPUTY CLERK

*Received 2008 MAR 26 A 10:00*