IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREOSOTE COUNCIL, et al. ) | |
| ) | |
| Plaintiffs, ) | No. 08-CV-00512 (JR) |
| ) | |
| v. ) | |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| Administrator, United States ) | |
| Environmental Protection ) | |
| Agency, and UNITED STATES ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY ) | |
| ) | |
| Defendants. ) | |

EPA'S UNOPPOSED MOTION FOR EXTENSION OF HEARING DATE

Pursuant to Fed. R. Civ. P. 6(b), EPA hereby moves for an extension of one week in the date currently set for hearing plaintiff's Motion for Preliminary Injunction in the above-captioned matter. Counsel for EPA has consulted with counsel for plaintiffs, and plaintiffs do not oppose this motion.

On March 25, 2008, plaintiffs filed their Complaint and Motion for Preliminary Injunction, along with a motion seeking an expedited hearing on their preliminary injunction motion. Pursuant to Local Rule 65.1(d), the Court set a hearing on plaintiff's Motion for Preliminary Injunction for April 14, 2008 at 4:00 p.m. See Order of March 26, 2008. The Court did not set any deadlines for opposition or reply briefs, but did note that "the later papers are filed, the less thoroughly they can be read." Id. EPA seeks a one-week extension in the existing hearing date to allow additional time to complete its brief, including the time required for necessary coordination between EPA personnel and Department of Justice attorneys. If the requested extension is granted, EPA will file its response brief on or before April 14, 2008 and

plaintiffs will file their reply on or before April 17, 2008.  Plaintiffs do not oppose this one-week extension.

    EPA therefore respectfully requests that the hearing scheduled for April 14, 2008 be rescheduled for April 21, 2008, or as soon thereafter as is convenient for the Court.

April 2, 2008	        Respectfully submitted,

        Ronald J. Tenpas
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Angeline Purdy*
By:   _____
        Angeline Purdy
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        Voice: (202) 514-0996
        Fax: (202) 514-8865
        e-mail: angeline.purdy@usdoj.gov

        Overnight delivery:
        Patrick Henry Building, Suite 8000
        601 D Street, N.W.
        Washington, D.C.  20004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CREOSOTE COUNCIL, et al.            )
                                    )
        Plaintiffs,                 )   No. 08-CV-00512 (JR)
                                    )
    v.                              )
                                    )
STEPHEN L. JOHNSON,                 )
Administrator, United States        )
Environmental Protection            )
Agency, and UNITED STATES           )
ENVIRONMENTAL PROTECTION            )
AGENCY                              )
                                    )
        Defendants.                 )
_____ )

[Proposed] ORDER GRANTING
EPA'S UNOPPOSED MOTION FOR EXTENSION OF HEARING DATE

This matter came before the Court on EPA's unopposed motion to reschedule the hearing on plaintiff's motion for preliminary injunction, currently set for April 14, 2008. The Court has determined that EPA's motion should be, and hereby is, GRANTED. The April 14 hearing is canceled, and a hearing on plaintiff's motion for preliminary injunction is hereby set for _____ at _____. It is further hereby ordered that EPA shall file its response to plaintiff's motion for preliminary injunction on or before April 14, 2008, and plaintiffs shall file their reply on or before April 17, 2008.

_____
James Robertson
United States District Judge