**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CREOSOTE COUNCIL, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 08-0512 (JR) |
| | : |
| STEPHEN L. JOHNSON, | : |
| Administrator, U.S. | : |
| Environmental Protection Agency, | : |
| *et al.*, | : |
| | : |
| Defendants. | : |

**ORDER**

For the reasons set forth in a separate memorandum issued today, the motion for preliminary injunction [Dkt. 7] is **granted** and defendants are enjoined until further order of this Court from requiring, under 42 U.S.C. § 11023, that plaintiffs and/or their members calculate and report emissions from finished goods in storage.

JAMES ROBERTSON
United States District Judge