IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
CREOSOTE COUNCIL, et al.              )
                                      )
            Plaintiffs,               )     No. 08-CV-00512 (JR)
                                      )
      v.                              )
                                      )
STEPHEN L. JOHNSON,                   )
Administrator, United States          )
Environmental Protection              )
Agency, and UNITED STATES             )
ENVIRONMENTAL PROTECTION              )
AGENCY                                )
                                      )
            Defendants.               )
_____)

### EPA'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Stephen L. Johnson, Administrator, United States Environmental Protection Agency, and United States Environmental Protection Agency (collectively "EPA") hereby seek an extension of thirty days in their deadline to respond to plaintiffs' Complaint. EPA's response is currently due on May 27, 2008. With the requested extension, EPA's response would be due on June 26, 2008.

This additional time is requested to allow time for the parties to attempt to resolve this matter without further litigation. Counsel for EPA has consulted with counsel for plaintiffs, and plaintiffs do not oppose the requested extension.

EPA therefore respectfully requests that its deadline to respond to plaintiffs' Complaint be extended until June 26, 2008.

May 22, 2008                                      Respectfully submitted,

                                                Ronald J. Tenpas
                                                Assistant Attorney General
                                                United States Department of Justice
                                                Environment and Natural Resources Division

                                                */s/ Angeline Purdy*
By:                                           _____
                                                Angeline Purdy
                                                Environmental Defense Section
                                                U.S. Department of Justice
                                                P.O. Box 23986
                                                Washington, D.C. 20026-3986
                                                Voice: (202) 514-0996
                                                Fax: (202) 514-8865
                                                e-mail: angeline.purdy@usdoj.gov

                                                Overnight delivery:
                                                Patrick Henry Building, Suite 8000
                                                601 D Street, N.W.
                                                Washington, D.C.  20004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREOSOTE COUNCIL, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, )<br>Administrator, United States )<br>Environmental Protection )<br>Agency, and UNITED STATES )<br>ENVIRONMENTAL PROTECTION )<br>AGENCY )<br>)<br>Defendants. )<br>) | No. 08-CV-00512 (JR) |

[Proposed] ORDER GRANTING EPA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter came before the Court on EPA's Unopposed Motion for Extension of Time to Respond to Complaint. The Court has determined that EPA's Motion should be, and hereby is, GRANTED. EPA shall respond to plaintiffs' Complaint on or before June 26, 2008.

Dated _____, 2008        _____
                                   James Robertson
                                   United States District Judge