IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREOSOTE COUNCIL, et al. <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY <br><br> Defendants. | No. 08-CV-00512 (JR) |

**EPA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Stephen L. Johnson, Administrator, United States Environmental Protection Agency, and United States Environmental Protection Agency (collectively "EPA") hereby seek an extension of thirty days in their deadline to respond to plaintiffs' Complaint. EPA's response is currently due on June 26, 2008 (on one previous extension). With the requested extension, EPA's response would be due on July 28, 2008.

This additional extension is requested to allow time for the parties to continue discussions attempting to resolve this matter without further litigation. Counsel for EPA has consulted with counsel for plaintiffs, and plaintiffs do not oppose the requested extension.

EPA therefore respectfully requests that its deadline to respond to plaintiffs' Complaint be extended until July 28, 2008.

June 25, 2008                               Respectfully submitted,

                                         Ronald J. Tenpas
                                         Assistant Attorney General
                                         United States Department of Justice
                                         Environment and Natural Resources Division

                                         */s/ Angeline Purdy*
By:                                    _____
                                         Angeline Purdy
                                         Environmental Defense Section
                                         U.S. Department of Justice
                                         P.O. Box 23986
                                         Washington, D.C. 20026-3986
                                         Voice: (202) 514-0996
                                         Fax: (202) 514-8865
                                         e-mail: angeline.purdy@usdoj.gov

                                         Overnight delivery:
                                         Patrick Henry Building, Suite 8000
                                         601 D Street, N.W.
                                         Washington, D.C.  20004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREOSOTE COUNCIL, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>)   No. 08-CV-00512 (JR)<br>) |
| v. | )<br>) |
| STEPHEN L. JOHNSON,<br>Administrator, United States<br>Environmental Protection<br>Agency, and UNITED STATES<br>ENVIRONMENTAL PROTECTION<br>AGENCY | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

[Proposed] ORDER GRANTING EPA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter came before the Court on EPA's Unopposed Motion for Extension of Time to Respond to Complaint. The Court has determined that EPA's Motion should be, and hereby is, GRANTED. EPA shall respond to plaintiffs' Complaint on or before July 28, 2008.

Dated _____, 2008         _____
                                    James Robertson
                                    United States District Judge