IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CREOSOTE COUNCIL, et al.

    Plaintiffs,

v.

STEPHEN L. JOHNSON,
Administrator, United States
Environmental Protection
Agency, and UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY

    Defendants.

No. 08-CV-00512 (JR)

JOINT MOTION FOR STAY

Plaintiffs Creosote Council, et al. (collectively the "Council") and defendants Stephen L. Johnson, Administrator, and United States Environmental Protection Agency hereby jointly request that the Court stay this matter, in anticipation that the parties may be able to resolve this matter without further litigation. In further support of this motion, the parties state as follows:

1.    The Emergency Planning and Community Right to Know Act ("EPCRA") requires the reporting of certain toxic emissions. Pursuant to 40 C.F.R. § 372.38(b) emissions from "articles" are not required to be reported.

2.    In a letter dated October 15, 2007, EPA stated that it interprets 40 C.F.R. § 372.38(b) to mean that treated wood in storage is not an "article" and toxic emissions from such wood must therefore be reported. The Council filed a complaint alleging that the October 15, 2007 letter represented an unlawful change in interpretation undertaken

in violation of the notice and comment requirements of the Administrative Procedure Act ("APA").  On May 15, 2008, the Court ruled that the Council is likely to succeed on the merits of this claim, and enjoined EPA from enforcing that portion of EPA's October 15, 2007 letter that requires the reporting of emissions from treated wood products in storage.

      3.      EPA intends to seek public comment on its interpretation of 40 C.F.R. § 372.38(b), and may propose an amendment to the regulation.  EPA anticipates that due to the analyses and reviews required by the EPA's internal action development process as well as the analyses and reviews potentially required by the Small Business Regulatory Enforcement Fairness Act (SBREFA) and various executive orders, it will take several months to a year to prepare a public notice.

      The parties therefore hereby respectfully request that this matter be stayed until the earlier of (1) EPA's publication of a public notice in the Federal Register, or (2) one year from the date on which the stay is entered.  The parties acknowledge and agree that, barring further order of the Court, the preliminary injunction shall remain in effect until the conclusion of this matter including during any stay granted by the Court.  EPA reserves the right to petition the Court to modify or terminate the injunction, and the Council reserves the right to oppose any such request.

      The parties further stipulate and agree that 30 days after the expiration of the stay, the parties will submit a joint status report to the Court, which shall contain a recommendation or recommendations concerning further proceedings (if any), including potentially, a further stay, in this matter.  The parties shall make a good-faith effort to

develop a joint recommendation, but in the event the parties are unable to agree each party will submit its own recommendation.

| | |
|---|---|
| Dated: July 21, 2008 | Respectfully submitted, |

Ronald J. Tenpas
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division


  /s/  Angeline Purdy

Angeline Purdy
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986

*Attorneys for Defendants*


  /s/  Douglas J. Behr

Douglas J. Behr (Bar No. 163998)
behr@khlaw.com
Peter L. de la Cruz (Bar No. 362358)
delacruz@khlaw.com
Jean-Cyril Walker (Bar No. 474498)
walker@khlaw.com

KELLER AND HECKMAN LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Tel.: 202-434-4100
Fax: 202-434-4646

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREOSOTE COUNCIL, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States<br>Environmental Protection<br>Agency, and UNITED STATES<br>ENVIRONMENTAL PROTECTION<br>AGENCY<br><br>  Defendants. | No. 08-CV-00512 (JR) |

PROPOSE ORDER GRANTING JOINT MOTION FOR STAY

Having considered the parties' Joint Motion to Stay Litigation, and having concluded that it should be granted without any findings of fact or law and without ordering any relief, it is hereby

ORDERED that this litigation shall be stayed until the earlier of (1) EPA's publication of a public notice in the Federal Register, or (2) one year from the date on which the stay is entered. It is further

ORDERED that within 30 days after that 30 days after the expiration of the stay, the parties will submit a joint status report to the Court, which shall contain a recommendation or recommendations concerning further proceedings (if any), including potentially, a further stay, in this matter.

IT IS SO ORDERED.

_____
United States District Judge

Dated: